

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00790-CR

Ventura Reyes **ALVARADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR9646
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we MODIFY the trial court's judgment to delete the assessment of $200.00 in court-appointed attorney's fees against appellant and further MODIFY the bill of cost and any order to withdraw funds from appellant's inmate trust account to delete the $200.00 in court-appointed attorney's fees. Counsel's motion to withdraw is GRANTED and the judgment of the trial court is AFFIRMED as modified.

SIGNED September 21, 2016.

_____
Rebeca C. Martinez, Justice